UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:20-04853 JAK (ADS)                                      Date:  March 15, 2021

Title:  *Glenis Lee Gambles v. Felicia Ponce, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  |  None Reported  |
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Plaintiff(s):     Attorney(s) Present for Defendant(s):
None Present                                                                  None Present

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR (1) FAILURE TO PROSECUTE AND COMPLY WITH COURT ORDERS AND (2) FAILURE TO FILE A COMPLETE REQUEST TO PROCEED WITHOUT PREPAYMENT OF FEES**

     Plaintiff Glenis Lee Gambles ("Plaintiff"), an inmate at Federal Correctional Institute, Terminal Island, proceeding pro se, filed a Civil Rights Complaint.  [Dkt. No. 1].  Plaintiff also filed an incomplete Request to Proceed without Prepayment of Filing Fees.  [Dkt. No. 2].  On January 6, 2021, the Court dismissed the Complaint with leave to amend and granted Plaintiff leave to file a First Amended Complaint by no later than February 5, 2021.  [Dkt. No. 6].  As of the date of this order, the Court has not received a First Amended Complaint or any response to the Order Dismissing with Leave to Amend from Plaintiff.  In addition, Plaintiff has neither paid the mandatory $400.00 filing fees nor filed a complete request to proceed without prepayment of filing fees ("IFP Request").  See [Dkt. No. 2].  See 28 U.S.C. § 1915; Local Rule 5-2.

     Plaintiff is hereby **ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute and obey court orders, failure to state a claim upon which relief can be granted, and/or failure to pay filing fees.** Plaintiff must file a written response by no later than **April 5, 2021**.  Plaintiff may respond to this Order to Show Cause by (a) filing a First Amended Complaint; (b) filing a statement with the Court indicating the desire to continue to move forward with the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:20-04853 JAK (ADS)                    Date:  March 15, 2021

Title:  *Glenis Lee Gambles v. Felicia Ponce, et al.*

Complaint despite the failure to state any claim and other deficiencies noted by the Court in the Order Dismissing Complaint with Leave to Amend; or (c) file a request to voluntarily dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2).

In addition to the above, if Plaintiff wishes to proceed with this lawsuit, he must also either (1) pay the full $400.00 filing fees, (2) file a complete IFP Request along with the necessary accompanying documents, an authorization for disbursement of funds and a certified copy of his prison trust fund account statement, or (3) show cause why he is unable to do so **by no later than April 5, 2021.**

**Plaintiff is expressly warned that failure to timely file a response to this Order to Show Cause may result in a recommendation to the District Judge that this action be dismissed with prejudice for failure to state a claim, failure to prosecute and obey Court orders, and/or failure to pay filing fees pursuant to Federal Rule of Civil Procedure 41(b).**

The Clerk is directed to mail Plaintiff a blank copy of the District's Request to Proceed Without Prepayment of Filing Fees with Declaration in Support (CV-60P) form for Plaintiff to use to file the IFP Request.

**IT IS SO ORDERED.**

Initials of Clerk kh