JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENIS LEE GAMBLES, | Case No. 2:20-04853 JAK (ADS) |
| Plaintiff, | |
| v. | JUDGMENT |
| FELICIA PONCE, et al., | |
| Defendants. | |

Pursuant to the Court's Order Dismissing Action for Failure to Prosecute and Comply with Court Orders IT IS HEREBY ADJUDGED that the above-captioned case is dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED: April 30, 2021

JOHN A. KRONSTADT
United States District Judge